FILED'11 APR 21 15:31USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

TWAUNA YOAKUM and RHODEAN
DEBNAM,

        Plaintiffs,

v.

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

        Defendants.

CV 09-1114-JE

OPINION AND ORDER

REDDEN, Judge:

    On March 30, 2011, Magistrate Judge John Jelderks filed his Findings and Recommendation (doc. 50) that the court deny defendant Wells Fargo Bank, National Association's motion to strike, but grant its motion for summary judgment and enter judgment in Wells Fargo's favor.

PAGE 1 - OPINION AND ORDER

The matter is now before this court. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Jelderks' factual findings de novo. 28 U.S.C. § 636(b)(1)(C); see also Thomas v. Arn, 474 U.S. 140, 149-50 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (doc. 50) as my own opinion. I DENY Wells Fargo's motion to strike (doc. 38), but GRANT its motion for summary judgment (doc. 20) and DISMISS this action with prejudice.

IT IS SO ORDERED.

DATED this 20 day of April, 2011.

James A. Redden
United States District Judge